# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL ENGINEERS & CONSTRUCTORS, INC., | NO: 4:15-CV-5036-TOR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CH2M HILL PLATEAU REMEDIATION COMPANY, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 49). The parties indicate that they have reached settlement. Pursuant to the parties' stipulation, all claims and counterclaims are **DISMISSED with prejudice** each party to bear its own fees and costs, including attorneys' fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS ORDERED:**

1. All claims and counterclaims are **DISMISSED with prejudice** and without fees, costs or attorneys' fees to any party.

2. The District Court Executive shall enter this order, provide copies to counsel, and **CLOSE** the file.

Dated July 20, 2016.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2